# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE MILES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, et al., | : | No. 17-414 |
| Defendants. | : | |

## ORDER

AND NOW, on May 30, 2018, upon consideration of Defendants' motion for summary judgment, Plaintiff's response, and the memoranda of law and exhibits, it is **ORDERED** that summary judgment is GRANTED in accordance with this Court's accompanying memorandum of law. Judgement shall be entered in favor of Defendants on all claims.

The Clerk of Court shall mark this case closed.

BY THE COURT:


*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE